UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SAIM SARWAR,

               Plaintiff,

   vs.

SHREE HARI HOLDINGS, LLC,

               Defendants.

**STIPULATION OF DISMISAL
WITH PREJUDICE**

**INDEX NO.:  3:21-CV-01101
(TJM/ATB)**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed with prejudice, without costs to either party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 9, 2022

/s/ Tristan Gillespie
Tristan Gillespie, Esq.

Attorneys for the Plaintiff
Law Office of Thomas B. Bacon, P.A.
600 Blakenham Court
Johns Creek, GA 30022
404-276-7277
Gillespie.tristan@gmail.com

/s/ Dawn J. Lanouette
Dawn J. Lanouette, Esq.

HINMAN, HOWARD & KATTELL, LLP
Attorneys for Defendant
Office and Post Office Address
80 Exchange Street
P.O. Box 5250
Binghamton, NY  13902-5250
(607) 723-5341
dlanouette@hhk.com

IT IS SO ORDERED.
DATED: 2/9/2022

Thomas J. McAvoy
Senior, U.S. District Judge